FORM OBD-34
APR-91

No. 05-01 DCR

# UNITED STATES DISTRICT COURT
### Eastern District of Kentucky
### LONDON Division

THE UNITED STATES OF AMERICA

v.

JAMES LEROY GARY

## INDICTMENT

18/1791(a)(2) - Possession of Methampethamine by a Federal Inmate - 1 Count

A true bill. _____
                    Foreperson

Filed in open court this 27th day of January, A.D. 2005

_____ Clerk

Bail, $ _____

Eastern District of Kentucky
FILED
JAN 27 2005
AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

I certify that this is a true and correct copy of the original filed in my office.
ROBERT R. CARR, CLERK
By: J Brock
Date: 2-11-13

Eastern District of Kentucky
**F I L E D**

JAN 2 7 2005

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:05-CR-07 DCR
18 U.S.C. § 1791(a)(2)

JAMES LEROY GARY

\* \* \* \* \*

THE GRAND JURY CHARGES:

On or about January 24, 2004, in Clay County, in the Eastern District of Kentucky,

**JAMES LEROY GARY,**

an inmate at the Federal Correctional Institution, Manchester, Kentucky, did knowingly possess a prohibited object, to wit, methamphetamine, a Schedule II controlled substance, all in violation of 18 U.S.C. § 1791(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
GREGORY F. VAN TATENHOVE
UNITED STATES ATTORNEY

## PENALTY

Not more than 20 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per felony count.

**PLUS:** Restitution if applicable.

2