# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**-vs-**            Case No.: 13-00015-01-CR-W-DW

**JAMES L. GARY**

USM Number: 09112-045

Anita Burns, AFPD

### JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

**THE DEFENDANT:** was found in violation of the mandatory condition(s) of the term of supervision.
The defendant is adjudicated guilty of these violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory | "The defendant shall not commit another federal, state, or local crime." | 7/3/13 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 8/28/13

    /s/ Dean Whipple
DEAN WHIPPLE
UNITED STATES DISTRICT JUDGE

August __29__, 2013

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 months, with credit for time-served, to be served concurrently to the sentence imposed in 01-00349-01-CR-W-DW. No term of supervised release is imposed.**

The Court recommends to the Bureau of Prisons:

1.) Defendant be designated to the Federal Medical Center located in Springfield, Missouri, for mental health evaluation and treatment.

2.) Prior to Defendant's release date, Defendant be placed in a halfway house or similar facility for structured reentry to the community.

3.) Defendant not be transported to his designated facility until after September 12, 2013, in order to allow Defendant time to resolve pending charges in Clay County, Missouri.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal